UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Daniel D. Harris

          Plaintiff(s),

v.

World Financial Network National Bank

          Defendant(s).
_____/

Case No. 2:10-cv-14867

Judge Sean F. Cox

Magistrate Judge Mark A. Randon

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, World Financial Network National Bank

makes the following disclosure: (NOTE: A negative report, if appropriate, is required.)

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes [✓]     No [ ]

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name: Alliance Data Systems Corp.
   Relationship with Named Party: Parent Corporation

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes [ ]     No [✓]

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name:
   Nature of Financial Interest:

Date: January 24, 2011

/s/ Charity A. Olson

P68295
Olson Law Group
106 E. Liberty
Suite 206
Ann Arbor, MI 48104
734-222-5179
colson@olsonlawpc.com