UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

DANIEL D. HARRIS,

       Plaintiff,               Case No. 2:10-cv-14867

v.                               Hon. Sean F. Cox

WORLD FINANCIAL NETWORK
NATIONAL BANK,

       Defendant.

| JULIE A. PETRIK (P47131) | CHARITY A. OLSON (P68295) |
|---|---|
| Lyngklip & Associates Consumer Law Center, PLC | Olson Law Group |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 24500 Northwestern Highway, Ste 206 | 106 E. Liberty, Suite 206 |
| Southfield, MI  48075 | Ann Arbor, MI  48104 |
| (248) 208-8864 | (734) 222-5179 |
| juliepetrik@att.net | colson@olsonlawpc.com |

## STIPULATED ORDER REGARDING DISCOVERY

**IT IS ORDERED** that World Financial Network National Bank will provide its

responses to Plaintiff's Interrogatories and Requests for Production of Documents served on

January 11, 2011, on or before March 7, 2011.

**IT IS FURTHER ORDERED** that World Financial Network National Bank shall file its

Motion for Protective Order on or before March 7, 2011.

       **SO ORDERED.**

Dated:  March 8, 2011                   s/ Sean F. Cox

                                       Sean F. Cox

                                       U. S. District Judge

Agreed:

/s/ Julie A. Petrik
JULIE A. PETRIK (P47131)
Lyngklip & Associates Consumer Law
Center, PLC
Attorneys for Plaintiff
24500 Northwestern Highway, Ste 206
Southfield, MI 48075
(248) 208-8864
juliepetrik@att.net

/s/ Charity A. Olson
CHARITY A. OLSON (P68295)
Olson Law Group
Attorneys for Defendant
106 E. Liberty, Suite 206
Ann Arbor, MI 48104
(734) 222-5179
colson@olsonlawpc.com