# EXHIBIT 1

UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN -- SOUTHERN DIVISION


DAN HARRIS
    Plaintiff

 -vs-                                                     Case No. 10-14867
                                                               Hon. Sean F. Cox
                                                              Magistrate Judge: Mark Randon

WFNNB NETWORK NATIONAL BANK
*et al.*
     Defendants


**INDEX OF EXHIBITS TO**
**MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM WORLD**
**FINANCIAL NETWORK NATIONAL BANK OVER OBJECTIONS**

This Index . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Exhibit 1

Request for Production . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Exhibit 2

WFNNB Responses to Requests for Production . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Exhibit 3

Excerpts Documents produced by WFFNB . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Exhibit 4

*Ryon v Regent* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Exhibit 5