# EXHIBIT 1

UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN -- SOUTHERN DIVISION


DAN HARRIS
    Plaintiff

 -vs-                                                           Case No. 10-14867
                                                                    Hon. Sean F. Cox
                                                                    Magistrate Judge: Mark Randon

WFNNB NETWORK NATIONAL BANK
*et al.*

    Defendants


**<u>INDEX OF EXHIBITS TO</u>**
**<u>MOTION TO OVERRULE OBJECTIONS TO INTERROGATORIES</u>**

This Index . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Exhibit 1

Interrogatories . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Exhibit 2

Response to Interrogatories . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Exhibit 3

*Ryon v Regent* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Exhibit 4

Collection Log excerpt . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Exhibit 5