# EXHIBIT 2

UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN -- SOUTHERN DIVISION

DAN HARRIS,
Plaintiff,

-vs-

Case No. 10-14867
Hon. Sean F. Cox
Magistrate Judge: Mark Randon

WORLD FINANCIAL NETWORK NATIONAL BANK
*et al.*
Defendant.

**INTERROGATORIES TO WORLD FINANCIAL NETWORK NATIONAL BANK**

For purposes of these interrogatories, when asked to "identify" an individual, provide that individual's true name, any aliases, last known home address, last known home phone number, social security number, drivers license number, date of birth, and (if employed by you) the person's job title and duties along with the relevant dates of employment.

**DEFINITIONS**

"**You**", or "**Your**" refers to **World Financial Network National Bank** the company, and/or its predecessors, entities, institutions, agencies, subsidiary(ies), parent corporation(s) and/or any of its or their branches, departments, employees, agents, contractual affiliates, or other persons connected by legal relationship, in the broadest sense, and any of your sister companies, affiliate companies, independent contractors or related entities and their connected companies, whether or not separately incorporated.

"**Document(s)**" has the same meaning as understood in the Federal Rules of Civil Procedure.

"**TCPA**" means the Telephone Consumer Protection Act, 47 U.S.C. §227 *et seq.* and associated regulations in the C.F.R.s 47 C.F.R. 16.1200. *et seq.*

"**MCPA**" means the Michigan Collection Practices Act, M.C.L. §445.250 *et seq.*

1. **INTERROGATORY**: Identify each and every person having knowledge of facts or having formed any opinions relating to any of the events or allegations underlying this lawsuit or any defense to it. Your answer should include each of your employees or agents who have been identified in the answers to these interrogatories, whose names or employee identifications appear in any documents produced by you, or who handled or supervised any matters in connection with any of your communications with Mr. Harris.

   **ANSWER:**

2. **INTERROGATORY**: For each person identified in your responses to these interrogatories or in your disclosures under Rule 26, please state whether that person has personal knowledge of the facts, events or circumstances of any communication with Plaintiff or involvement with any credit disputes that were investigated or resolved. If that person has such personal knowledge, please set forth the foundation for that personal knowledge and a description of the facts.

   **ANSWER:**

3. **INTERROGATORY:** For the two years preceding the Complaint, please identify and

describe each and every communication to or from you to any person concerning any account associated with the Plaintiff and/or any communication made by you or through you to telephone number (810) 610-1233. In providing the identification, state the date and time of the call, the true name of the individual or computer system initiating the call, the phone number from which the call was initiated, the identity of the telecommunications service provider whose service was used to carry the call, and whether the call was initiated by you and if so whether it was initiated by an autodialing system. In describing the call, please state whether any part of the communication was made using a prerecorded or artificial voice, the content of the call, whether any portion of the call was captured by electronic means, the purpose of the call, and identify the underlying account holder about which the call was related.

**RESPONSE:**

4. **<u>INTERROGATORY</u>:** Please identify each location where you engage in telephone collection operations. These locations should include any address where you or your systems initiate collection calls whether manually or by autodialer, call centers, data processing centers, and business offices. For each such location, please also provide a description of the activities that go on at that location and the identity of any of your staff that are identified elsewhere in these interrogatories who perform job duties at that location as well as any telephone numbers that are associated with that location.

**RESPONSE:**

5. **INTERROGATORY**: For each document provided by you which was stored and produced from electronically stored information, identify the computer hardware and software used to store and/or retrieve the document, the system administrator responsible for maintaining the system, and the individual who retrieved the document from the document.

**ANSWER:**

6. **INTERROGATORY**: For each entry in your collection log which records calls made to (810) 610-1233 or any communication to Plaintiff, which is coded or transcribed in shorthand, give a complete description of the nature of the events reflected by the entry, including, time, date, person or system responsible for the event, how the event was recorded, what occurred, and the triggering event for the occurrence.

**RESPONSE:**

7. **INTERROGATORY**: Identify all witnesses and documents upon which you will rely to establish that Plaintiff consented to be called at (810) 610-1233.

**RESPONSE:**

8. **INTERROGATORY**: Identify your source for all your contact and identifying information relating to Plaintiff, including Plaintiff's phone number. In making the identification, indicate the source of information, the type of information your received and the date on which you received it and the form in which you received it.

**RESPONSE:**

9. **INTERROGATORY**: Identify each telephone number and service provider including address and contact phone number, for every telephone number which has been used by you in the preceding 3 years to collect accounts. Include service providers who provide VOIP services which are used to initiate or receive telephonic communications.

**RESPONSE:**

10. **INTERROGATORY**: Please identify by name or title, each and every manual used by you to assure compliance with the TCPA and state collection practices acts, including the MCPA, including each available manual for the software systems you use to manage your account collection efforts and any autodialing software.

**RESPONSE:**

11. **INTERROGATORY**: For each person identified in your disclosures given pursuant to F.R.Civ.P. 26(a) or to be designated under F.R.Civ.P. Ruile 30(b)(6), identify the case number, Court action, and counsel of record of any case in which that individual has offered trial or deposition testimony.

**RESPONSE:**

12. **INTERROGATORY**: Identify by name, description and date, each document which you have withheld based on an assertion of confidentiality or trade secrecy.

   **RESPONSE:**

13. **INTERROGATORY**: By forum, case number, amount of any settlement or judgment and party name, each lawsuit which you have defended in the past three years involving allegations of violations of the TCPA and/or the MCPA.

   **RESPONSE:**

14. **INTERROGATORY**: Identify any third party to which you have outsourced or with which you have contracted to provide services on your behalf relating to communications to Plaintiff. Please include automatic telephone dialing system companies and companies providing artificial and/or pre recorded messaging services.

   **RESPONSE:**

15. **INTERROGATORY**: Identify and describe each publication, journal, magazine, newsletter, bulletin, course materials, email, or manual in the possession of your or managers which addresses compliance with the TCPA, the MCPA or comparable state laws.

   **RESPONSE:**

16. **INTERROGATORY**: Describe the business rules used to initiate calls from your autodialer system.

**RESPONSE:**

Respectfully Submitted,

By: ______________________________

Julie A. Petrik (P47131)
LYNGKLIP & ASSOCIATES
CONSUMER LAW CENTER, PLC
Attorney For Dan Harris
24500 Northwestern Highway, Ste. 206
Southfield, MI 48075
(248) 208-8864

Dated: January 11, 2011

**Certificate of Service**

I hereby certify that on January 11, 2011, I served this document on the following parties:

| Party | Manner Served |
|---|---|
| Charity Olson<br>Olson Law Group<br>106 E. Liberty, Suite 206<br>Ann Arbor, MI 48104 | US Mail |

Respectfully Submitted,

By: ______________________________

Julie A. Petrik (P47131)
LYNGKLIP & ASSOCIATES
CONSUMER LAW CENTER, PLC
Attorney For Dan Harris
24500 Northwestern Highway, Ste. 206
Southfield, MI 48075

Dated: January 11, 2011