# EXHIBIT 5

| Date | Time | User ID | CCH |
|---|---|---|---|
| 01/07/11 | 13:26 | SYSTEM | NC |
| 01/07/11 | 13:26 | L577520 | |
| 01/04/11 | 13:18 | AUTODIAL | OAH3 |
| 01/04/11 | 09:56 | AUTODIAL | OAH5 |
| 01/04/11 | 09:55 | AUTODIAL | OAOP |
| 01/04/11 | 09:54 | AUTODIAL | OAOP |
| 01/03/11 | 20:15 | AUTODIAL | OAH5 |
| 01/03/11 | 20:13 | AUTODIAL | OAOP |
| 01/03/11 | 19:04 | AUTODIAL | OAH5 |
| 01/03/11 | 17:33 | AUTODIAL | OAH5 |
| 01/03/11 | 10:47 | AUTODIAL | OAH5 |
| 01/03/11 | 10:47 | AUTODIAL | OAOP |
| 01/03/11 | 10:46 | AUTODIAL | OAOP |
| 01/03/11 | 08:53 | AUTODIAL | OAH5 |
| 01/03/11 | 08:53 | AUTODIAL | OAOP |
| 01/03/11 | 08:52 | AUTODIAL | OAOP |
| 01/02/11 | 14:49 | SYSTEM | NC |
| 01/02/11 | 14:49 | XEPI552 | OAHT |
| 01/02/11 | 14:48 | AUTODIAL | OAOP |
| 01/02/11 | 11:39 | AUTODIAL | OAH5 |
| 01/02/11 | 11:39 | AUTODIAL | OAOP |
| 01/02/11 | 11:38 | AUTODIAL | OAOP |
| 01/02/11 | 08:48 | AUTODIAL | OAH5 |
| 01/02/11 | 08:47 | AUTODIAL | OAOP |
| 01/02/11 | 08:46 | AUTODIAL | OAOP |
| 01/01/11 | 16:49 | AUTODIAL | OAH5 |
| 01/01/11 | 16:48 | AUTODIAL | OAOP |
| 01/01/11 | 16:47 | AUTODIAL | OAOP |
| 12/31/10 | 17:20 | SYSTEM | NC |
| 12/31/10 | 17:19 | AUTODIAL | OAOP |
| 12/31/10 | 10:20 | AUTODIAL | OAH5 |
| 12/31/10 | 09:14 | AUTODIAL | OAH5 |
| 12/31/10 | 09:13 | AUTODIAL | OAOP |
| 12/31/10 | 09:12 | AUTODIAL | OAOP |
| 12/31/10 | 08:17 | XEPI207 | OAHT |
| 12/31/10 | 08:16 | AUTODIAL | OAOP |
| 12/31/10 | 08:15 | AUTODIAL | OAOP |
| 12/28/10 | 10:24 | AUTODIAL | OAH3 |
| 12/28/10 | 10:23 | AUTODIAL | OAOP |
| 12/28/10 | 10:22 | AUTODIAL | OAOP |
| 12/27/10 | 18:15 | AUTODIAL | OAH5 |
| 12/27/10 | 18:14 | AUTODIAL | OAOP |
| 12/27/10 | 18:13 | AUTODIAL | OAOP |
| 12/27/10 | 10:27 | AUTODIAL | OAH5 |
| 12/27/10 | 10:26 | AUTODIAL | OAOP |
| 12/27/10 | 10:25 | AUTODIAL | OAOP |
| 12/26/10 | 13:14 | AUTODIAL | OAH5 |
| 12/26/10 | 13:13 | AUTODIAL | OAOP |
| 12/26/10 | 13:12 | AUTODIAL | OAOP |
| 12/24/10 | 10:24 | AUTODIAL | OAH5 |
| 12/24/10 | 10:24 | AUTODIAL | OAOP |
| 12/24/10 | 09:44 | AUTODIAL | OAH5 |
| 12/24/10 | 08:46 | AUTODIAL | OAH5 |