UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

      Plaintiff(s),        Case No.

v.        Judge

      Defendant(s).
_____/

**NOTICE OF ERROR DIRECTED TO**

Document number _____, filed on _____ was reviewed and the following error was found:

Docket entry was made on the wrong case. *Document was stricken and must be refiled*.

Wrong or incomplete PDF image was uploaded. *Document was stricken and must be refiled.*

Document is a complaint combined with a motion for preliminary relief, or a response or reply to a motion combined with a counter-motion. *Document was stricken. Separate documents must be refiled.*

Document is a response or objection to a presentence report or a criminal witness list. *Document was stricken.*

Document is discovery or a disclosure under F.R.Cv.P. 26(a) (1),(2), or a certificate of service thereof. *Document was stricken.*

PDF image contains an advertisement. *Document was stricken and must be refiled.*

Parties listed on the initiating document were omitted. *Use docket event Addition of Parties to correct.*

Other:

Disciplinary action will be imposed if errors continue to occur in this or other cases where counsel is listed as the attorney of record.

**Certificate of Service**

I hereby certify that the parties and/or counsel of record were served with a copy of this notice.

DAVID J. WEAVER, CLERK OF COURT

Date:_____      By: _____
                                                                                         Deputy Clerk