UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Daniel Harris

        Plaintiff(s),        Case No. 10-14867

v.        Judge Sean F. Cox

World Financial Network National Bank

        Defendant(s).
_____/

**NOTICE OF ERROR DIRECTED TO**
**Charity A Olson**

Document number __21__, filed on ____4/11/11____ was reviewed and the following error was found:

☐ Docket entry was made on the wrong case. Document was stricken and must be refiled.

☐ Wrong or incomplete PDF image was uploaded. Document was stricken and must be refiled.

☐ Document is a complaint combined with a motion for preliminary relief, or a response or reply to a motion combined with a counter-motion. Document was stricken. Separate documents must be refiled.

☐ Document is a response or objection to a presentence report or a criminal witness list. Document was stricken.

☑ Document is discovery or a disclosure under F.R.Cv.P. 26(a) (1),(2), or a certificate of service thereof. Document was stricken.

☐ PDF image contains an advertisement. Document was stricken and must be refiled.

☐ Parties listed on the initiating document were omitted. Use docket event Addition of Parties to correct.

☐ Other:

Disciplinary action will be imposed if errors continue to occur in this or other cases where counsel is listed as the attorney of record.

Certificate of Service

I hereby certify that the parties and/or counsel of record were served with a copy of this notice.

DAVID J. WEAVER, CLERK OF COURT

Date: April 12, 2011        By: s/Linda Hacker
        Deputy Clerk