# EXHIBIT 1

2:10-cv-14867-SFC-MAR Doc # 29-1 Filed 05/04/11 Pg 1 of 2 Pg ID 314

UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN -- SOUTHERN DIVISION

DAN HARRIS
    Plaintiff

-vs-                                  Case No. 10-14867
                                           Hon. Sean F. Cox
                                           Magistrate Judge: Mark Randon

WORLD FINANCIAL NETWORK NATIONAL BANK
*et al.*
    Defendants

## **EXHIBIT INDEX**

| | |
|---|---|
| This Index | Exhibit 1 |
| WFNNB's Rule 26(a)(1) Disclosures | Exhibit 2 |
| Plaintiff's Request for Supplemental Disclosures | Exhibit 3 |
| WFNNB's Response to Plaintiff's Request for Supplemental Disclosures | Exhibit 4 |