UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN -- SOUTHERN DIVISION

DAN HARRIS
    Plaintiff

-vs-                                        Case No. 10-14867
                                                  Hon. Sean F. Cox
                                                  Magistrate Judge: Mark Randon
WORLD FINANCIAL NETWORK NATIONAL BANK
et al.

    Defendants

## INDEX OF EXHIBITS
## IN SUPPORT OF
## MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO TCPA CLAIMS

This Index . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Exhibit 1

Statement of Undisputed Material Facts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Exhibit 2

Declaration of Dan Harris . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Exhibit 3

Deposition of WFNNB and Alliance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Exhibit 4

Collection Log Exhibits WFNNB and Alliance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Exhibit 5

Admissions of WFNNB and Alliance, . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Exhibit 6

WFNNB Collection Code Key . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Exhibit 7