| Date | Time | User | Code | Notes | Amount |
|---|---|---|---|---|---|
| 11/02/10 | 14:13 | AUTODIAL | OAO5 | | 268.76 |
| 11/02/10 | 09:32 | AUTODIAL | OAO5 | | 268.76 |
| 11/01/10 | 20:48 | AUTODIAL | OAO5 | | 268.76 |
| 11/01/10 | 18:21 | AUTODIAL | OAO5 | | 268.76 |
| 11/01/10 | 11:17 | AUTODIAL | OAO5 | | 268.76 |
| 11/01/10 | 09:40 | AUTODIAL | OAO5 | | 268.76 |
| 10/31/10 | 14:04 | AUTODIAL | OAO5 | | 268.76 |
| 10/31/10 | 11:44 | AUTODIAL | OAO5 | | 268.76 |
| 10/31/10 | 09:53 | AUTODIAL | OAO5 | | 268.76 |
| 10/31/10 | 08:39 | AUTODIAL | OAO5 | | 268.76 |
| 10/30/10 | 14:54 | AUTODIAL | OAO5 | | 268.76 |
| 10/30/10 | 13:40 | AUTODIAL | OAO5 | | 268.76 |
| 10/30/10 | 12:25 | SYSTEM | NC | | 268.76 |
| 10/30/10 | 12:25 | XEPI031 | OAOT | | 268.76 |
| 10/30/10 | 10:58 | AUTODIAL | OAO5 | | 268.76 |
| 10/30/10 | 08:17 | AUTODIAL | OAO5 | | 268.76 |
| 10/29/10 | 19:04 | AUTODIAL | OAO5 | | 268.76 |
| 10/29/10 | 17:09 | SYSTEM | NC | | 268.76 |
| 10/29/10 | 17:09 | XEPI031 | OAOT | | 268.76 |
| 10/29/10 | 10:56 | AUTODIAL | OAO5 | | 268.76 |
| 10/29/10 | 09:58 | AUTODIAL | OAO5 | | 268.76 |
| 10/29/10 | 08:17 | AUTODIAL | OAO5 | | 268.76 |
| 10/24/10 | 12:28 | XEPI952 | OCHA | REF AH HU AFTER THE OPNG<br>ACCOUNT INQUIRY VIA WEB COLLECTIONS BY: XEPI952 | 268.76 |
| 10/24/10 | 12:26 | SYSTEM | WC | | 268.76 |
| 10/24/10 | 11:00 | AUTODIAL | OAO5 | | 268.76 |
| 10/24/10 | 08:11 | AUTODIAL | OAO5 | | 268.76 |
| 10/24/10 | 00:37 | SYSTEM | FA | | 268.76 |
| 10/23/10 | 00:21 | SYSTEM | FO | | 268.76 |
| 10/19/10 | 00:22 | SYSTEM | MN | | 268.76 |
| 10/18/10 | 00:35 | SYSTEM | EC | | 268.76 |
| 09/05/10 | 00:51 | SYSTEM | NA | | 268.76 |
| 09/04/10 | 12:56 | XEPI304 | MO | | 214.00 |
| 09/04/10 | 12:56 | XEPI304 | OAHL | | 214.00 |
| 09/04/10 | 12:56 | XEPI304 | | 3RD UPSET WID CALLS// SD IT'S A WRONG NO. FOR AH//DO NOT CALL -//<br>ACCOUNT INQUIRY VIA WEB COLLECTIONS BY: XEPI304 | 214.00 |
| 09/04/10 | 12:55 | XEPI304 | | | 214.00 |
| 09/04/10 | 12:55 | SYSTEM | NC | | 214.00 |
| 09/04/10 | 12:55 | SYSTEM | NC | | 214.00 |
| 09/04/10 | 12:55 | SYSTEM | NC | | 214.00 |
| 09/04/10 | 12:31 | AUTODIAL | OAH5 | | 214.00 |
| 09/04/10 | 10:11 | AUTODIAL | OAH5 | | 214.00 |
| 09/01/10 | 14:31 | AUTODIAL | OAH3 | | 214.00 |
| 09/01/10 | 09:37 | AUTODIAL | OAH5 | | 214.00 |
| 08/31/10 | 18:02 | AUTODIAL | OAH5 | | 214.00 |
| 08/31/10 | 11:09 | AUTODIAL | OAH5 | | 214.00 |
| 08/31/10 | 08:28 | AUTODIAL | OAH5 | | 214.00 |
| 08/28/10 | 08:47 | AUTODIAL | OAH3 | | 214.00 |
| 08/27/10 | 20:49 | AUTODIAL | OAH5 | | 214.00 |
| 08/27/10 | 11:48 | AUTODIAL | OAH5 | | 214.00 |
| 08/27/10 | 08:16 | AUTODIAL | OAH5 | | 214.00 |
| 08/26/10 | 20:36 | AUTODIAL | OAH5 | | 214.00 |
| 08/26/10 | 18:35 | AUTODIAL | OAH5 | | 214.00 |
| 08/26/10 | 08:16 | AUTODIAL | OAH5 | | 214.00 |
| 08/25/10 | 19:30 | AUTODIAL | OAH5 | | 214.00 |
| [illegible] | [illegible] | [illegible] | [illegible] | | [illegible] |

| | | | | |
|---|---|---|---|---|
| 08/25/10 | 09:11 | AUTODIAL | OAH5 | 214.00 |
| 08/24/10 | 20:11 | AUTODIAL | OAH5 | 214.00 |
| 08/24/10 | 17:13 | AUTODIAL | OAH5 | 214.00 |
| 08/24/10 | 13:28 | AUTODIAL | OAH5 | 214.00 |
| 08/24/10 | 08:27 | AUTODIAL | OAH5 | 214.00 |
| 08/23/10 | 20:53 | AUTODIAL | OAH5 | 214.00 |
| 08/23/10 | 12:51 | AUTODIAL | OAH5 | 214.00 |
| 08/23/10 | 12:50 | AUTODIAL | OAHP | 214.00 |
| 08/23/10 | 10:02 | AUTODIAL | OAH5 | 214.00 |
| 08/23/10 | 08:32 | AUTODIAL | OAH5 | 214.00 |
| 08/22/10 | 14:23 | AUTODIAL | OAHN | 214.00 |
| 08/22/10 | 14:23 | AUTODIAL | OAHN | 214.00 |
| 08/22/10 | 12:51 | AUTODIAL | OAH5 | 214.00 |
| 08/22/10 | 11:57 | AUTODIAL | OAH5 | 214.00 |
| 08/22/10 | 10:15 | AUTODIAL | OAH5 | 214.00 |
| 08/21/10 | 16:08 | AUTODIAL | OAH5 | 214.00 |
| 08/21/10 | 15:10 | AUTODIAL | OAH5 | 214.00 |
| 08/21/10 | 13:38 | AUTODIAL | OAH5 | 214.00 |
| 08/21/10 | 11:16 | AUTODIAL | OAH5 | 214.00 |
| 08/21/10 | 08:13 | AUTODIAL | OAH5 | 214.00 |
| 08/21/10 | 00:45 | SYSTEM | EA | 214.00 |
| 08/18/10 | 13:15 | AUTODIAL | OAHH | 214.00 |
| 08/18/10 | 00:44 | SYSTEM | EN | 214.00 |

| Date | Time | Source | Code | Note | Amount |
|---|---|---|---|---|---|
| 09/20/10 | 18:32 | AUTODIAL | OAO5 | | 259.32 |
| 09/20/10 | 11:35 | AUTODIAL | OAO5 | | 259.32 |
| 09/19/10 | 08:46 | AUTODIAL | OAO5 | | 259.32 |
| 09/18/10 | 15:35 | AUTODIAL | OAO5 | | 259.32 |
| 09/18/10 | 08:41 | AUTODIAL | OAO5 | | 259.32 |
| 09/18/10 | 00:41 | SYSTEM | EA | | 259.32 |
| 09/18/10 | 00:24 | SYSTEM | MN | METRONET PHONE RETURNED: PREV EC (810) 610-1233 | 259.32 |
| 09/17/10 | 02:14 | SYSTEM | DB | | .00 |
| 09/17/10 | 00:41 | SYSTEM | EC | | 259.32 |
| 08/24/10 | 00:41 | SYSTEM | NA | | 234.38 |
| 08/23/10 | 08:52 | XEPI031 | MU | | 234.38 |
| 08/23/10 | 08:37 | XEPI031 | OAHI | | 234.38 |
| 08/23/10 | 08:37 | XEPI031 | | 3RD SAID TO STOP CALLING N OUT #// | |
| 08/23/10 | 08:37 | XEPI031 | | ACCOUNT INQUIRY VIA WEB COLLECTIONS BY: XEPI031 | |
| 08/23/10 | 08:37 | SYSTEM | NC | | 234.38 |
| 08/23/10 | 08:37 | SYSTEM | NC | | 234.38 |
| 08/22/10 | 14:23 | AUTODIAL | OAHN | | 234.38 |
| 08/22/10 | 12:50 | AUTODIAL | OAH5 | | 234.38 |
| 08/22/10 | 12:25 | AUTODIAL | OAH5 | | 234.38 |
| 08/22/10 | 10:27 | AUTODIAL | OAH5 | | 234.38 |
| 08/22/10 | 08:35 | AUTODIAL | OAH5 | | 234.38 |
| 08/21/10 | 15:21 | AUTODIAL | OAH5 | | 234.38 |
| 08/21/10 | 13:39 | AUTODIAL | OAH5 | | 234.38 |
| 08/21/10 | 11:20 | AUTODIAL | OAH5 | | 234.38 |
| 08/21/10 | 08:39 | AUTODIAL | OAH5 | | 234.38 |
| 08/21/10 | 00:45 | SYSTEM | EA | | 234.38 |
| 08/18/10 | 13:09 | AUTODIAL | OAH3 | | 234.38 |
| 08/18/10 | 00:44 | SYSTEM | EN | | 234.38 |

| Date | Time | Source | Code | Amount |
|---|---|---|---|---|
| 11/23/10 | 08:49 | AUTODIAL | OAH5 | |
| 11/23/10 | 08:49 | AUTODIAL | OAOP | 261.25 |
| 11/23/10 | 08:48 | AUTODIAL | OAOP | 261.25 |
| 11/22/10 | 19:39 | AUTODIAL | OAH5 | 261.25 |
| 11/22/10 | 19:39 | AUTODIAL | OAOP | 261.25 |
| 11/22/10 | 12:42 | AUTODIAL | OAH5 | 261.25 |
| 11/22/10 | 12:41 | AUTODIAL | OAOP | 261.25 |
| 11/22/10 | 12:40 | AUTODIAL | OAOP | 261.25 |
| 11/22/10 | 08:52 | AUTODIAL | OAH5 | 261.25 |
| 11/22/10 | 08:51 | AUTODIAL | OAOP | 261.25 |
| 11/22/10 | 08:50 | AUTODIAL | OAOP | 261.25 |
| 11/21/10 | 14:42 | AUTODIAL | OAH5 | 261.25 |
| 11/21/10 | 14:42 | AUTODIAL | OAOP | 261.25 |
| 11/21/10 | 12:37 | AUTODIAL | OAH5 | 261.25 |
| 11/21/10 | 10:50 | AUTODIAL | OAH5 | 261.25 |
| 11/21/10 | 10:50 | AUTODIAL | OAOP | 261.25 |
| 11/21/10 | 10:49 | AUTODIAL | OAOP | 261.25 |
| 11/21/10 | 08:51 | SYSTEM | NC | 261.25 |
| 11/21/10 | 08:51 | XEPI304 | OAHT | 261.25 |
| 11/21/10 | 08:50 | AUTODIAL | OAOP | 261.25 |
| 11/21/10 | 08:49 | AUTODIAL | OAOP | 261.25 |
| 11/20/10 | 18:13 | AUTODIAL | OAOP | 261.25 |
| 11/20/10 | 13:28 | AUTODIAL | OAH5 | 261.25 |
| 11/20/10 | 11:42 | AUTODIAL | OAH5 | 261.25 |
| 11/20/10 | 11:41 | AUTODIAL | OAOP | 261.25 |
| 11/20/10 | 11:40 | AUTODIAL | OAOP | 261.25 |
| 11/20/10 | 08:43 | AUTODIAL | OAH5 | 261.25 |
| 11/20/10 | 08:42 | AUTODIAL | OAOP | 261.25 |
| 11/20/10 | 08:41 | AUTODIAL | OAOP | 261.25 |
| 11/19/10 | 20:36 | AUTODIAL | OAH5 | 261.25 |
| 11/19/10 | 20:36 | AUTODIAL | OAH5 | 261.25 |
| 11/19/10 | 20:35 | AUTODIAL | OAOP | 261.25 |
| 11/19/10 | 11:00 | AUTODIAL | OAH5 | 261.25 |
| 11/19/10 | 09:05 | AUTODIAL | OAH5 | 261.25 |
| 11/19/10 | 09:04 | AUTODIAL | OAOP | 261.25 |
| 11/19/10 | 09:03 | AUTODIAL | OAOP | 261.25 |
| 11/19/10 | 08:25 | AUTODIAL | OAH5 | 261.25 |
| 11/19/10 | 08:25 | AUTODIAL | OAOP | 261.25 |
| 11/19/10 | 08:23 | AUTODIAL | OAOP | 261.25 |
| 11/18/10 | 19:08 | AUTODIAL | OAH5 | 261.25 |
| 11/18/10 | 19:07 | AUTODIAL | OAOP | 261.25 |
| 11/18/10 | 17:11 | AUTODIAL | OAH5 | 261.25 |
| 11/18/10 | 17:11 | AUTODIAL | OAOP | 261.25 |
| 11/18/10 | 17:09 | AUTODIAL | OAOP | 261.25 |
| 11/18/10 | 08:25 | AUTODIAL | OAH5 | 261.25 |
| 11/18/10 | 08:24 | AUTODIAL | OAOP | 261.25 |
| 11/18/10 | 08:23 | AUTODIAL | OAOP | 261.25 |
| 11/18/10 | 00:43 | SYSTEM | EA | 261.25 |
| 11/18/10 | 00:23 | SYSTEM | FO | 261.25 |
| 11/17/10 | 02:04 | SYSTEM | DB | 261.25 |
| 11/17/10 | 00:46 | SYSTEM | EC | .00 |
| 10/30/10 | 01:25 | SYSTEM | NA | 261.25 |
| 10/27/10 | 10:41 | A663048 | OABI | 227.41 |
| 10/27/10 | 10:40 | SYSTEM | NC | 227.41 |
| | | | | 227.41 |

https://intwebdal1.alldata.net/collection?Action=CchNotes.jsp

| | | | | |
|---|---|---|---|---|
| 10/26/10 | 13:29 | AUTODIAL | OAB5 | 227.41 |
| 10/25/10 | 17:58 | AUTODIAL | OAB5 | 227.41 |
| 10/25/10 | 11:07 | AUTODIAL | OAB5 | 227.41 |
| 10/23/10 | 15:31 | SYSTEM | NC | 227.41 |
| 10/23/10 | 15:31 | XEPI952 | OABT | 227.41 |
| 10/23/10 | 13:31 | AUTODIAL | OAB5 | 227.41 |
| 10/22/10 | 12:16 | AUTODIAL | OAB5 | 227.41 |
| 10/21/10 | 12:34 | AUTODIAL | OAB5 | 227.41 |
| 10/21/10 | 00:42 | SYSTEM | EA | 227.41 |
| 10/19/10 | 00:22 | SYSTEM | MN | 227.41 |
| 10/18/10 | 00:35 | SYSTEM | EN | 227.41 |