UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

DANIEL D. HARRIS,

        Plaintiff,

v.

WORLD FINANCIAL NETWORK
NATIONAL BANK, *et al.*

        Defendant.

Case No. 2:10-cv-14867
Hon. Sean F. Cox

| JULIE A. PETRIK (P47131)<br>Lyngklip & Associates Consumer Law Center, PLC<br>Attorneys for Plaintiff<br>24500 Northwestern Highway, Ste 206<br>Southfield, MI 48075<br>(248) 208-8864<br>juliepetrik@att.net | CHARITY A. OLSON (P68295)<br>Olson Law Group<br>Attorneys for Defendants<br>106 E. Liberty, Suite 206<br>Ann Arbor, MI 48104<br>(734) 222-5179<br>colson@olsonlawpc.com |
|---|---|

## DEFENDANTS' RESPONSES TO PLAINTIFF'S SECOND REQUESTS FOR ADMISSION

Defendants, World Financial Network National Bank ("WFNNB") and Alliance Data Systems Corp. ("Alliance") through their attorney, Charity A. Olson, for their Responses to Plaintiff's Second Requests for Admission, states as follows:

1.    **ADMIT:** WFNNB used an "automatic telephone dialing system" to call ▮▮▮▮ 1233 on August 18, 2010 at 1:09 pm.

      **ANSWER:** Admitted, but only insofar as WFNNB made such call to communicate with a WFNNB/Woman Within account holder, who: (a) was the intended recipient of the call; (b) had a prior and/or existing business relationship with WFNNB; and (c) provided express prior consent to receive such a commercial call which did not, at any time, transmit an unsolicited advertisement or telephone solicitation of any kind.

2. **ADMIT:** WFNNB used an "automatic telephone dialing system" to call ▮▮▮▮-1233 on August 18, 2010 at 1:15 pm.

**ANSWER:** Admitted, but only insofar as WFNNB made such call to communicate with a WFNNB/Roamans account holder, who: (a) was the intended recipient of the call; (b) had a prior and/or existing business relationship with WFNNB; and (c) provided express prior consent to receive such a commercial call which did not, at any time, transmit an unsolicited advertisement or telephone solicitation of any kind.

3. **ADMIT:** WFNNB used an "automatic telephone dialing system" to call ▮▮▮▮-1233 on August 21, 2010 at 8:13 am.

**ANSWER:** Admitted, but only insofar as WFNNB made such call to communicate with a WFNNB/Roamans account holder, who: (a) was the intended recipient of the call; (b) had a prior and/or existing business relationship with WFNNB; and (c) provided express prior consent to receive such a commercial call which did not, at any time, transmit an unsolicited advertisement or telephone solicitation of any kind.

4. **ADMIT:** WFNNB used an "automatic telephone dialing system" to call ▮▮▮▮-1233 on August 21, 2010 at 8:39 am.

**ANSWER:** Admitted, but only insofar as WFNNB made such call to communicate with a WFNNB/Woman Within account holder, who: (a) was the intended recipient of the call; (b) had a prior and/or existing business relationship with WFNNB; and (c) provided express prior consent to receive such a commercial call which did not, at any time, transmit an unsolicited advertisement or telephone solicitation of any kind.

5.  **ADMIT:** WFNNB used an "automatic telephone dialing system" to call ▮ 1233 on August 21, 2010 at 11:16 am.

    **ANSWER:** Admitted, but only insofar as WFNNB made such call to communicate with a WFNNB/Roamans account holder, who: (a) was the intended recipient of the call; (b) had a prior and/or existing business relationship with WFNNB; and (c) provided express prior consent to receive such a commercial call which did not, at any time, transmit an unsolicited advertisement or telephone solicitation of any kind.

6.  **ADMIT:** WFNNB used an "automatic telephone dialing system" to call ▮ 1233 on August 21, 2010 at 11:20 am.

    **ANSWER:** Admitted, but only insofar as WFNNB made such call to communicate with a WFNNB/Woman Within account holder, who: (a) was the intended recipient of the call; (b) had a prior and/or existing business relationship with WFNNB; and (c) provided express prior consent to receive such a commercial call which did not, at any time, transmit an unsolicited advertisement or telephone solicitation of any kind.

7.  **ADMIT:** WFNNB used an "automatic telephone dialing system" to call ▮ 1233 on August 21, 2010 at 1:38 pm.

    **ANSWER:** Admitted, but only insofar as WFNNB made such call to communicate with a WFNNB/Roamans account holder, who: (a) was the intended recipient of the call; (b) had a prior and/or existing business relationship with WFNNB; and (c) provided express prior consent to receive such a commercial call which did not, at any time, transmit an unsolicited advertisement or telephone solicitation of any kind.

8.  **ADMIT:** WFNNB used an "automatic telephone dialing system" to call ▮ 1233 on August 21, 2010 at 1:39 pm.

**ANSWER:** Admitted, but only insofar as WFNNB made such call to communicate with a WFNNB/Woman Within account holder, who: (a) was the intended recipient of the call; (b) had a prior and/or existing business relationship with WFNNB; and (c) provided express prior consent to receive such a commercial call which did not, at any time, transmit an unsolicited advertisement or telephone solicitation of any kind.

9. **ADMIT:** WFNNB used an "automatic telephone dialing system" to call ▆▆▆▆-1233 on August 21, 2010 at 3:10pm.

**ANSWER:** Admitted, but only insofar as WFNNB made such call to communicate with a WFNNB/Roamans account holder, who: (a) was the intended recipient of the call; (b) had a prior and/or existing business relationship with WFNNB; and (c) provided express prior consent to receive such a commercial call which did not, at any time, transmit an unsolicited advertisement or telephone solicitation of any kind.

10. **ADMIT:** WFNNB used an "automatic telephone dialing system" to call ▆▆▆▆-1233 on August 21, 2010 at 3:21 pm.

**ANSWER:** Admitted, but only insofar as WFNNB made such call to communicate with a WFNNB/Woman Within account holder, who: (a) was the intended recipient of the call; (b) had a prior and/or existing business relationship with WFNNB; and (c) provided express prior consent to receive such a commercial call which did not, at any time, transmit an unsolicited advertisement or telephone solicitation of any kind.

11. **ADMIT:** WFNNB used an "automatic telephone dialing system" to call ▆▆▆▆-1233 on August 21, 201 0 at 4:08 pm.

**ANSWER:** Admitted, but only insofar as WFNNB made such call to communicate with a WFNNB/Roamans account holder, who: (a) was the intended recipient of the

call; (b) had a prior and/or existing business relationship with WFNNB; and (c) provided express prior consent to receive such a commercial call which did not, at any time, transmit an unsolicited advertisement or telephone solicitation of any kind.

12. **ADMIT:** WFNNB used an "automatic telephone dialing system" to call ▮ 1233 on August 22, 2010 at 8:35 am.

    **ANSWER:** Admitted, but only insofar as WFNNB made such call to communicate with a WFNNB/Woman Within account holder, who: (a) was the intended recipient of the call; (b) had a prior and/or existing business relationship with WFNNB; and (c) provided express prior consent to receive such a commercial call which did not, at any time, transmit an unsolicited advertisement or telephone solicitation of any kind.

13. **ADMIT:** WFNNB used an "automatic telephone dialing system" to call ▮ 1233 on August 22, 2010 at 10:15 am.

    **ANSWER:** Admitted, but only insofar as WFNNB made such call to communicate with a WFNNB/Roamans account holder, who: (a) was the intended recipient of the call; (b) had a prior and/or existing business relationship with WFNNB; and (c) provided express prior consent to receive such a commercial call which did not, at any time, transmit an unsolicited advertisement or telephone solicitation of any kind.

14. **ADMIT:** WFNNB used an "automatic telephone dialing system" to call ▮ 1233 on August 22, 2010 at 10:27 am.

    **ANSWER:** Admitted, but only insofar as WFNNB made such call to communicate with a WFNNB/Woman Within account holder, who: (a) was the intended recipient of the call; (b) had a prior and/or existing business relationship with WFNNB; and (c)

provided express prior consent to receive such a commercial call which did not, at any time, transmit an unsolicited advertisement or telephone solicitation of any kind.

15. **ADMIT:** WFNNB used an "automatic telephone dialing system" to call ▮▮▮▮ 1233 on August 22, 2010 at 11:57 am.

**ANSWER:** Admitted, but only insofar as WFNNB made such call to communicate with a WFNNB/Roamans account holder, who: (a) was the intended recipient of the call; (b) had a prior and/or existing business relationship with WFNNB; and (c) provided express prior consent to receive such a commercial call which did not, at any time, transmit an unsolicited advertisement or telephone solicitation of any kind.

16. **ADMIT:** WFNNB used an "automatic telephone dialing system" to call ▮▮▮▮ 1233 on August 22, 201 0 at 12:25 pm.

**ANSWER:** Admitted, but only insofar as WFNNB made such call to communicate with a WFNNB/Woman Within account holder, who: (a) was the intended recipient of the call; (b) had a prior and/or existing business relationship with WFNNB; and (c) provided express prior consent to receive such a commercial call which did not, at any time, transmit an unsolicited advertisement or telephone solicitation of any kind.

17. **ADMIT:** WFNNB used an "automatic telephone dialing system" to call ▮▮▮▮ 1233 on August 22, 2010 at 12:50 pm.

**ANSWER:** Admitted, but only insofar as WFNNB made such call to communicate with a WFNNB/Woman Within account holder, who: (a) was the intended recipient of the call; (b) had a prior and/or existing business relationship with WFNNB; and (c) provided express prior consent to receive such a commercial call which did not, at any time, transmit an unsolicited advertisement or telephone solicitation of any kind.

18.  **ADMIT:** WFNNB used an "automatic telephone dialing system" to call ▮1233 on August 22, 2010 at 12:51 pm.

**ANSWER:** Admitted, but only insofar as WFNNB made such call to communicate with a WFNNB/Roamans account holder, who: (a) was the intended recipient of the call; (b) had a prior and/or existing business relationship with WFNNB; and (c) provided express prior consent to receive such a commercial call which did not, at any time, transmit an unsolicited advertisement or telephone solicitation of any kind.

19.  **ADMIT:** WFNNB used an "automatic telephone dialing system" to call ▮1233 on August 22, 2010 at 2:23 pm.

**ANSWER:** Admitted, but only insofar as WFNNB made such call to communicate with a WFNNB/Roamans account holder, who: (a) was the intended recipient of the call; (b) had a prior and/or existing business relationship with WFNNB; and (c) provided express prior consent to receive such a commercial call which did not, at any time, transmit an unsolicited advertisement or telephone solicitation of any kind.

20.  **ADMIT:** WFNNB used an "automatic telephone dialing system" to call ▮1233 on August 22, 2010 at 2:23 pm.

**ANSWER:** Admitted, but only insofar as WFNNB made such call to communicate with a WFNNB/Woman Within account holder, who: (a) was the intended recipient of the call; (b) had a prior and/or existing business relationship with WFNNB; and (c) provided express prior consent to receive such a commercial call which did not, at any time, transmit an unsolicited advertisement or telephone solicitation of any kind.

21.  **ADMIT:** WFNNB used an "automatic telephone dialing system" to call ▮1233 on August 22, 2010 at 2:23 pm.

**ANSWER:** Admitted, but only insofar as WFNNB made such call to communicate with a WFNNB/Roamans account holder, who: (a) was the intended recipient of the call; (b) had a prior and/or existing business relationship with WFNNB; and (c) provided express prior consent to receive such a commercial call which did not, at any time, transmit an unsolicited advertisement or telephone solicitation of any kind.

22. **ADMIT:** WFNNB used an "automatic telephone dialing system" to call ▇▇▇▇-1233 on August 23, 2010 at 8:32 am.

    **ANSWER:** Admitted, but only insofar as WFNNB made such call to communicate with a WFNNB/Roamans account holder, who: (a) was the intended recipient of the call; (b) had a prior and/or existing business relationship with WFNNB; and (c) provided express prior consent to receive such a commercial call which did not, at any time, transmit an unsolicited advertisement or telephone solicitation of any kind.

23. **ADMIT:** WFNNB used an "automatic telephone dialing system" to call ▇▇▇▇-1233 on August 23, 2010 at 10:02 am.

    **ANSWER:** Admitted, but only insofar as WFNNB made such call to communicate with a WFNNB/Roamans account holder, who: (a) was the intended recipient of the call; (b) had a prior and/or existing business relationship with WFNNB; and (c) provided express prior consent to receive such a commercial call which did not, at any time, transmit an unsolicited advertisement or telephone solicitation of any kind.

24. **ADMIT:** WFNNB used an "automatic telephone dialing system" to call ▇▇▇▇-1233 on August 23, 2010 at 12:50 pm.

    **ANSWER:** Admitted, but only insofar as WFNNB made such call to communicate with a WFNNB/Roamans account holder, who: (a) was the intended recipient of the

call; (b) had a prior and/or existing business relationship with WFNNB; and (c) provided express prior consent to receive such a commercial call which did not, at any time, transmit an unsolicited advertisement or telephone solicitation of any kind.

25. **ADMIT:** WFNNB used an "automatic telephone dialing system" to call ▮▮▮▮ 1233 on August 23, 2010 at 12:51 pm.

**ANSWER:** Admitted, but only insofar as WFNNB made such call to communicate with a WFNNB/Roamans account holder, who: (a) was the intended recipient of the call; (b) had a prior and/or existing business relationship with WFNNB; and (c) provided express prior consent to receive such a commercial call which did not, at any time, transmit an unsolicited advertisement or telephone solicitation of any kind.

26. **ADMIT:** WFNNB used an "automatic telephone dialing system" to call ▮▮▮▮ 1233 on August 23, 2010 at 8:53 pm.

**ANSWER:** Admitted, but only insofar as WFNNB made such call to communicate with a WFNNB/Roamans account holder, who: (a) was the intended recipient of the call; (b) had a prior and/or existing business relationship with WFNNB; and (c) provided express prior consent to receive such a commercial call which did not, at any time, transmit an unsolicited advertisement or telephone solicitation of any kind.

27. **ADMIT:** WFNNB used an "automatic telephone dialing system" to call ▮▮▮▮ 1233 on August 24, 2010 at 8:27 am.

**ANSWER:** Admitted, but only insofar as WFNNB made such call to communicate with a WFNNB/Roamans account holder, who: (a) was the intended recipient of the call; (b) had a prior and/or existing business relationship with WFNNB; and (c)

provided express prior consent to receive such a commercial call which did not, at any time, transmit an unsolicited advertisement or telephone solicitation of any kind.

28. **ADMIT:** WFNNB used an "automatic telephone dialing system" to call ███ 1233 on August 24, 2010 at 1:28 pm.

   **ANSWER:** Admitted, but only insofar as WFNNB made such call to communicate with a WFNNB/Roamans account holder, who: (a) was the intended recipient of the call; (b) had a prior and/or existing business relationship with WFNNB; and (c) provided express prior consent to receive such a commercial call which did not, at any time, transmit an unsolicited advertisement or telephone solicitation of any kind.

29. **ADMIT:** WFNNB used an "automatic telephone dialing system" to call (███ 1233 on August 24, 2010 at 5:13 pm.

   **ANSWER:** Admitted, but only insofar as WFNNB made such call to communicate with a WFNNB/Roamans account holder, who: (a) was the intended recipient of the call; (b) had a prior and/or existing business relationship with WFNNB; and (c) provided express prior consent to receive such a commercial call which did not, at any time, transmit an unsolicited advertisement or telephone solicitation of any kind.

30. **ADMIT:** WFNNB used an "automatic telephone dialing system" to call ███ 1233 on August 24, 2010 at 8:11 pm.

   **ANSWER:** Admitted, but only insofar as WFNNB made such call to communicate with a WFNNB/Roamans account holder, who: (a) was the intended recipient of the call; (b) had a prior and/or existing business relationship with WFNNB; and (c) provided express prior consent to receive such a commercial call which did not, at any time, transmit an unsolicited advertisement or telephone solicitation of any kind.

31.  **ADMIT:** WFNNB used an "automatic telephone dialing system" to call ▮-1233 on August 25, 2010 at 9:11 am.

**ANSWER:** Admitted, but only insofar as WFNNB made such call to communicate with a WFNNB/Roamans account holder, who: (a) was the intended recipient of the call; (b) had a prior and/or existing business relationship with WFNNB; and (c) provided express prior consent to receive such a commercial call which did not, at any time, transmit an unsolicited advertisement or telephone solicitation of any kind.

32.  **ADMIT:** WFNNB used an "automatic telephone dialing system" to call ▮ 1233 on August 25, 2010 at 5:57 pm.

**ANSWER:** Admitted, but only insofar as WFNNB made such call to communicate with a WFNNB/Roamans account holder, who: (a) was the intended recipient of the call; (b) had a prior and/or existing business relationship with WFNNB; and (c) provided express prior consent to receive such a commercial call which did not, at any time, transmit an unsolicited advertisement or telephone solicitation of any kind.

33.  **ADMIT:** WFNNB used an "automatic telephone dialing system" to call ▮ 1233 on August 25, 2010 at 7:30 pm.

**ANSWER:** Admitted, but only insofar as WFNNB made such call to communicate with a WFNNB/Roamans account holder, who: (a) was the intended recipient of the call; (b) had a prior and/or existing business relationship with WFNNB; and (c) provided express prior consent to receive such a commercial call which did not, at any time, transmit an unsolicited advertisement or telephone solicitation of any kind.

34.  **ADMIT:** WFNNB used an "automatic telephone dialing system" to call ▮ 1233 on August 26, 2010 at 8:16 am.

**ANSWER:** Admitted, but only insofar as WFNNB made such call to communicate with a WFNNB/Roamans account holder, who: (a) was the intended recipient of the call; (b) had a prior and/or existing business relationship with WFNNB; and (c) provided express prior consent to receive such a commercial call which did not, at any time, transmit an unsolicited advertisement or telephone solicitation of any kind.

35. **ADMIT:** WFNNB used an "automatic telephone dialing system" to call ▮▮▮▮-1233 on August 26, 2010 at 6:35 pm.

    **ANSWER:** Admitted, but only insofar as WFNNB made such call to communicate with a WFNNB/Roamans account holder, who: (a) was the intended recipient of the call; (b) had a prior and/or existing business relationship with WFNNB; and (c) provided express prior consent to receive such a commercial call which did not, at any time, transmit an unsolicited advertisement or telephone solicitation of any kind.

36. **ADMIT:** WFNNB used an "automatic telephone dialing system" to call ▮▮▮▮-1233 on August 26, 2010 at 8:36 pm.

    **ANSWER:** Admitted, but only insofar as WFNNB made such call to communicate with a WFNNB/Roamans account holder, who: (a) was the intended recipient of the call; (b) had a prior and/or existing business relationship with WFNNB; and (c) provided express prior consent to receive such a commercial call which did not, at any time, transmit an unsolicited advertisement or telephone solicitation of any kind.

37. **ADMIT:** WFNNB used an "automatic telephone dialing system" to call ▮▮▮▮-1233 on August 27, 2010 at 8:16 am.

    **ANSWER:** Admitted, but only insofar as WFNNB made such call to communicate with a WFNNB/Roamans account holder, who: (a) was the intended recipient of the

call; (b) had a prior and/or existing business relationship with WFNNB; and (c) provided express prior consent to receive such a commercial call which did not, at any time, transmit an unsolicited advertisement or telephone solicitation of any kind.

38. **ADMIT:** WFNNB used an "automatic telephone dialing system" to call ███-1233 on August 27, 2010 at 11:48 am.

    **ANSWER:** Admitted, but only insofar as WFNNB made such call to communicate with a WFNNB/Roamans account holder, who: (a) was the intended recipient of the call; (b) had a prior and/or existing business relationship with WFNNB; and (c) provided express prior consent to receive such a commercial call which did not, at any time, transmit an unsolicited advertisement or telephone solicitation of any kind.

39. **ADMIT:** WFNNB used an "automatic telephone dialing system" to call ███ 1233 on August 27, 2010 at 8:49 pm.

    **ANSWER:** Admitted, but only insofar as WFNNB made such call to communicate with a WFNNB/Roamans account holder, who: (a) was the intended recipient of the call; (b) had a prior and/or existing business relationship with WFNNB; and (c) provided express prior consent to receive such a commercial call which did not, at any time, transmit an unsolicited advertisement or telephone solicitation of any kind.

40. **ADMIT:** WFNNB used an "automatic telephone dialing system" to call ███ 1233 on August 28, 2010 at 8:47 am.

    **ANSWER:** Admitted, but only insofar as WFNNB made such call to communicate with a WFNNB/Roamans account holder, who: (a) was the intended recipient of the call; (b) had a prior and/or existing business relationship with WFNNB; and (c)

provided express prior consent to receive such a commercial call which did not, at any time, transmit an unsolicited advertisement or telephone solicitation of any kind.

41.  **ADMIT:** WFNNB used an "automatic telephone dialing system" to call ▮▮▮▮ 1233 on August 31, 2010 at 8:28 am.

**ANSWER:** Admitted, but only insofar as WFNNB made such call to communicate with a WFNNB/Roamans account holder, who: (a) was the intended recipient of the call; (b) had a prior and/or existing business relationship with WFNNB; and (c) provided express prior consent to receive such a commercial call which did not, at any time, transmit an unsolicited advertisement or telephone solicitation of any kind.

42.  **ADMIT:** WFNNB used an "automatic telephone dialing system" to call ▮▮▮▮ 1233 on August 31, 2010 at 11:09 am.

**ANSWER:** Admitted, but only insofar as WFNNB made such call to communicate with a WFNNB/Roamans account holder, who: (a) was the intended recipient of the call; (b) had a prior and/or existing business relationship with WFNNB; and (c) provided express prior consent to receive such a commercial call which did not, at any time, transmit an unsolicited advertisement or telephone solicitation of any kind.

43.  **ADMIT:** WFNNB used an "automatic telephone dialing system" to call ▮▮▮▮ 1233 on August 31, 2010 at 6:02 pm.

**ANSWER:** Admitted, but only insofar as WFNNB made such call to communicate with a WFNNB/Roamans account holder, who: (a) was the intended recipient of the call; (b) had a prior and/or existing business relationship with WFNNB; and (c) provided express prior consent to receive such a commercial call which did not, at any time, transmit an unsolicited advertisement or telephone solicitation of any kind.

44. **ADMIT:** WFNNB used an "automatic telephone dialing system" to call ▓▓▓ 1233 on September 1, 2010 at 9:37 am.

**ANSWER:** Admitted, but only insofar as WFNNB made such call to communicate with a WFNNB/Roamans account holder, who: (a) was the intended recipient of the call; (b) had a prior and/or existing business relationship with WFNNB; and (c) provided express prior consent to receive such a commercial call which did not, at any time, transmit an unsolicited advertisement or telephone solicitation of any kind.

45. **ADMIT:** WFNNB used an "automatic telephone dialing system" to call ▓▓▓ 1233 on September 1, 2010 at 2:31 pm.

**ANSWER:** Admitted, but only insofar as WFNNB made such call to communicate with a WFNNB/Roamans account holder, who: (a) was the intended recipient of the call; (b) had a prior and/or existing business relationship with WFNNB; and (c) provided express prior consent to receive such a commercial call which did not, at any time, transmit an unsolicited advertisement or telephone solicitation of any kind.

46. **ADMIT:** WFNNB used an "automatic telephone dialing system" to call ▓▓▓ 1233 on September 4, 2010 at 10:11 am.

**ANSWER:** Admitted, but only insofar as WFNNB made such call to communicate with a WFNNB/Roamans account holder, who: (a) was the intended recipient of the call; (b) had a prior and/or existing business relationship with WFNNB; and (c) provided express prior consent to receive such a commercial call which did not, at any time, transmit an unsolicited advertisement or telephone solicitation of any kind.

47. **ADMIT:** WFNNB used an "automatic telephone dialing system" to call ▓▓▓ 1233 on September 4, 2010 at 12:31 pm.

**ANSWER:** Admitted, but only insofar as WFNNB made such call to communicate with a WFNNB/Roamans account holder, who: (a) was the intended recipient of the call; (b) had a prior and/or existing business relationship with WFNNB; and (c) provided express prior consent to receive such a commercial call which did not, at any time, transmit an unsolicited advertisement or telephone solicitation of any kind.

48.  **ADMIT:** WFNNB used an "automatic telephone dialing system" to call ███ 1233 on October 21, 2010 at 12:34 pm.

**ANSWER:** Admitted, but only insofar as WFNNB made such call to communicate with a WFNNB/Brylane Home account holder, who: (a) was the intended recipient of the call; (b) had a prior and/or existing business relationship with WFNNB; and (c) provided express prior consent to receive such a commercial call which did not, at any time, transmit an unsolicited advertisement or telephone solicitation of any kind.

49.  **ADMIT:** WFNNB used an "automatic telephone dialing system" to call ███ 1233 on October 22, 2010 at 12:16 pm.

**ANSWER:** Admitted, but only insofar as WFNNB made such call to communicate with a WFNNB/Brylane Home account holder, who: (a) was the intended recipient of the call; (b) had a prior and/or existing business relationship with WFNNB; and (c) provided express prior consent to receive such a commercial call which did not, at any time, transmit an unsolicited advertisement or telephone solicitation of any kind.

50.  **ADMIT:** WFNNB used an "automatic telephone dialing system" to call ███ 1233 on October 23, 2010 at 1:31 pm.

**ANSWER:** Admitted, but only insofar as WFNNB made such call to communicate with a WFNNB/Brylane Home account holder, who: (a) was the intended recipient of

the call; (b) had a prior and/or existing business relationship with WFNNB; and (c) provided express prior consent to receive such a commercial call which did not, at any time, transmit an unsolicited advertisement or telephone solicitation of any kind.

51. **ADMIT:** WFNNB used an "automatic telephone dialing system" to call ▮▮▮▮-1233 on October 23, 2010 at 3:31 pm.

    **ANSWER:** Denied as untrue.

52. **ADMIT:** WFNNB used an "automatic telephone dialing system" to call ▮▮▮▮-1233 on October 25, 2010 at 11:07 am.

    **ANSWER:** Admitted, but only insofar as WFNNB made such call to communicate with a WFNNB/Brylane Home account holder, who: (a) was the intended recipient of the call; (b) had a prior and/or existing business relationship with WFNNB; and (c) provided express prior consent to receive such a commercial call which did not, at any time, transmit an unsolicited advertisement or telephone solicitation of any kind.

53. **ADMIT:** WFNNB used an "automatic telephone dialing system" to call ▮▮▮▮-1233 on October 25, 2010 at 5:58 pm.

    **ANSWER:** Admitted, but only insofar as WFNNB made such call to communicate with a WFNNB/Brylane Home account holder, who: (a) was the intended recipient of the call; (b) had a prior and/or existing business relationship with WFNNB; and (c) provided express prior consent to receive such a commercial call which did not, at any time, transmit an unsolicited advertisement or telephone solicitation of any kind.

54. **ADMIT:** WFNNB used an "automatic telephone dialing system" to call ▮▮▮▮-1233 on October 26, 2010 at 1:29 pm.

**ANSWER:** Admitted, but only insofar as WFNNB made such call to communicate with a WFNNB/Brylane Home account holder, who: (a) was the intended recipient of the call; (b) had a prior and/or existing business relationship with WFNNB; and (c) provided express prior consent to receive such a commercial call which did not, at any time, transmit an unsolicited advertisement or telephone solicitation of any kind.

55. **ADMIT:** WFNNB used an "automatic telephone dialing system" to call ▮▮▮-1233 on October 27, 2010 at 10:23 am.

    **ANSWER:** Denied as untrue.

56. **ADMIT:** WFNNB telephoned ▮▮▮-1233 on August 22, 2010 at 8:27am.

    **ANSWER:** Denied as untrue.

57. **ADMIT:** WFNNB used an "automatic telephone dialing system" to call (▮▮▮-1233 on August 22, 2010 at 8:27 am.

    **ANSWER:** Denied as untrue.

58. **ADMIT:** WFNNB telephoned (▮▮▮)1233 on August 23, 2010 at 8:36 am.

    **ANSWER:** Denied as untrue.

59. **ADMIT:** WFNNB used an "automatic telephone dialing system" to call ▮▮▮-1233 on August 23, 2010 at 8:36 am.

    **ANSWER:** Denied as untrue.

60. **ADMIT:** WFNNB telephoned ▮▮▮-1233 on August 25, 2010 at 5:57 pm.

    **ANSWER:** Denied as untrue.

61. **ADMIT:** WFNNB used an "automatic telephone dialing system" to call ▮▮▮-1233 on August 25, 2010 at 5:57 pm.

    **ANSWER:** Denied as untrue.

## PROOF OF SERVICE

I, Charity A. Olson, state that on June 24, 2011 I served the foregoing Responses to Plaintiff's Requests for Admission upon counsel of record via U.S. First Class Mail.

                        Respectfully Submitted,

                        /s/ Charity A. Olson
                        Charity A. Olson (P68295)
                        Olson Law Group
                        Attorneys for Defendants
                        106 E. Liberty, Suite 206
                        Ann Arbor, MI 48104
                        (734) 222-5179
                        colson@olsonlawpc.com