| Activity Code (AC) | Description | User (U) or System (S) Applied | Moves Account Yes (Y) or No (blank) |
|---|---|---|---|
| IC | Incoming Call. A phone call coming into the collection center on an account. | U | |
| OA | Outgoing Autodial (dialer) Call | S | |
| OC | Outgoing Call. A phone call is going out from the collections center to someone about a specific account. | U | |

WFNNB 309

| Contacted Party (C) Codes | | | | | |
|---|---|---|---|---|---|
| Code | Person Contacted | Code | Person Contacted | Code | Person Contacted |
| A | Primary Account Holder | I | Disconnected | S | Spouse |
| Y | Any Responsible Party, including Secondary/Joint Account Holder | N | No Answer/ No Pick-up | T | Attorney |
| B | Busy; Account returned automatically 15mins. | E | No Longer Employed | 5 | Answering Machine (system generated) |
| L | Left Message | O | Talked to Other person | | |

| Phone Validity Codes | | | |
|---|---|---|---|
| **Validity Code** | **Description** | **Validity Code** | **Description** |
| A | * Not Used * | X | Invalid/Wrong Number |
| B | No Good Number | V | Valid Number |
| L | * Not Used * | P | Possible Number |
| N | Do Not Call (i.e., cell phone do not call) | T | Temporarily Do Not Call |

WFNNB 311

| Phone Types | | | |
|---|---|---|---|
| **Type** | **Description** | **Type** | **Description** |
| **Attorney** | Attorney | **Mobile** | Cell Phone Number |
| **Business** | Alternate business number | **Primary** | Additional Primary contact number |
| **Family** | Family member | **Reference** | Other Number |
| **Guarantor** | Guarantor for customer | **Temporary** | Temporary contact number |

WFNNB 312