UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN -- SOUTHERN DIVISION

DAN HARRIS,
    Plaintiff,

-vs-

WORLD FINANCIAL NETWORK
NATIONAL BANK
    Defendant.

Case No. 10-14867
Hon. Sean F. Cox
Magistrate Judge: Mark Randon

### ORDER RESOLVING MOTION TO COMPEL [R55] AND MOTION FOR EXPEDITED CONSIDERATION [R56]

The Court, having reviewed the briefs of record and heard oral argument, enters this Order resolving Mr. Harris's Motion to Compel and for Sanctions [R 55] and Motion for Expedited Consideration [R. 56].

Having heard the motion on October 11, 2011, the Court denies the Motion for Expedited Consideration as moot.

As to Plaintiff's Motion to Compel and for Sanctions, the Court grants the motion in part and denies the motion in part as follows:

1. Defendants must designate and produce a representative to respond to additional questions regarding area of inquiry (r). Nothing in this Order shall preclude Defendants from producing the same representative(s) previously produced provided that such representative(s) are prepared to respond consistent with Fed. R. Civ. Proc. 30(b)(6).

2. Defendants must provide the last known home address and phone number for former employee, John Coburn, and/or his current contact information, if known, by October 18, 2011. Discovery will be reopened, subject to and consistent with the Federal Rules of Civil

Procedure, to permit Plaintiff to inquire into Mr. Coburn's experience with and knowledge, if any, of Defendants' policies for TCPA compliance, only.

3. All depositions contemplated by this Order must be completed within 45 days of entry of this Order.

4. Defendants' response to Plaintiff's Motion for Partial Summary Judgment shall be filed not later than 60 days from the date of this Order. Plaintiff shall submit his reply to such response, if any, not later than 14 days after Defendants file their response.

5. The Court denies Plaintiff's request for sanctions.

SO ORDERED

s/Mark A. Randon
MARK A. RANDON
UNITED STATES MAGISTRATE JUDGE

Dated: October 24, 2011

*Certificate of Service*

*I hereby certify that a copy of the foregoing document was served on the parties of record on this date, October 24, 2011, by electronic and/or first class U.S. mail.*

*s/Melody R. Miles*
*Case Manager to Magistrate Judge Mark A. Randon*
*(313) 234-5542*