UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN -- SOUTHERN DIVISION

DAN HARRIS,
    Plaintiff,

 -vs-                                              Case No. 10-14867
                                                        Hon. Sean F. Cox

WORLD FINANCIAL
NETWORK NATIONAL BANK
*et al.*
    Defendants.

## PLAINTIFF'S MOTION TO REPLACE EXHIBITS

Dan Harris brings this motion to replace Exhibits 2 & 3 attached to Plaintiff's Sealed Motion for Partial Summary Judgment (Dkt. 60) with the same exhibits but redacted for Mr. Harris's phone number.

                                                        Respectfully Submitted,

                                                        By: <u>s/ Julie A. Petrik</u>
                                                        Julie A. Petrik (P-47131)
                                                        LYNGKLIP & ASSOCIATES
                                                        CONSUMER LAW CENTER, PLC
                                                        Attorney For Dan Harris
                                                         24500 Northwestern Highway, Ste. 206
                                                         Southfield, MI 48075
                                                         (248) 208-8864
                                                         JuliePetrik@Att.Net

Dated: November 22, 2011

## BRIEF IN SUPPORT OF
## PLAINTIFF'S MOTION TO REPLACE EXHIBITS

Plaintiff's Sealed Motion for Partial Summary Judgment (Dkt 60) was filed with two supporting exhibits that contained Mr. Harris's telephone number (Exhibits 2 & 3). Plaintiff has since filed his motion to unseal that filing (Dkt. 64). Prior to the unsealing of that Motion, and in

order to protect the privacy of Mr. Harris's number, Plaintiff requests that this Court allow Plaintiff to replace Exhibits 2 & 3 with the same documents but redacted for Mr. Harris's phone number.

## Conclusion

Accordingly, Mr. Harris respectfully requests that the Court grant the requested relief as set forth in the attached proposed order.

Respectfully Submitted,

By:  s/ Julie A. Petrik  P47131
LYNGKLIP & ASSOCIATES
CONSUMER LAW CENTER, PLC
Attorney For Dan Harris
24500 Northwestern Highway, Ste. 206
Southfield, MI 48075
(248) 208-8864
JuliePetrik@Att.Net

Dated: November 22, 2011

## Certificate of Service

I hereby certify that on November 22, 2011, I served this document on the following parties:

| Party | Manner Served |
|---|---|
| Charity Olson<br>Olson Law Group<br>106 E. Liberty, Suite 206<br>Ann Arbor, MI  48104 | Via CM/ECF electronic filing system |

Respectfully Submitted,

By:  s/ Julie A. Petrik P47131
LYNGKLIP & ASSOCIATES
CONSUMER LAW CENTER, PLC
24500 Northwestern Highway, Ste. 206
Southfield, MI 48075
(248) 208-8864
JuliePetrik@Att.Net

Dated: November 22, 2011