UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN - SOUTHERN DIVISION

DANIEL D. HARRIS,

    Plaintiff,

v.

WORLD FINANCIAL NETWORK
NATIONAL BANK, ALLIANCE DATA
SYSTEMS CORP., ALLIED DATA
SYSTEMS,

    Defendants.

Case No.: 2:10-cv-14867
District Judge Sean F. Cox
Magistrate Judge Mark A. Randon

| JULIE A. PETRIK (P47131) | CHARITY A. OLSON (P68295) |
|---|---|
| Lyngklip & Associates | Olson Law Group |
| Consumer Law Center, PLC | Attorneys for WFNNB and ADSC, only |
| Attorneys for Plaintiff | 106 E. Liberty, Suite 303 |
| 24500 Northwestern Highway, Suite 206 | Ann Arbor, MI  48104 |
| Southfield, MI 48075 | Tel: 734-222-5179 |
| Tel: 248-208-8864 | Fax: 866-941-8712 |
| juliepetrik@att.net | colson@olsonlawpc.com |

## INDEX OF EXHIBITS

Exhibit A:    Defendants' Counter Statement of Material Facts in Opposition to Motion for Partial Summary Judgment

Exhibit B:    Thomas Testimony

Exhibit C:    Dent Testimony

Exhibit D:    Woman Within Account History

Exhibit E:    Roaman's Account History

Exhibit F:    Brylane Home Account History