UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN -- SOUTHERN DIVISION

DAN HARRIS
    Plaintiff

 -vs-                            Case No. 10-14867
                                   Hon. Sean F. Cox
                                   Magistrate Judge: Mark Randon

WORLD FINANCIAL NETWORK NATIONAL BANK
*et al.*

    Defendants

# FINAL STIPULATED JUDGMENT

      This matter comes before the Court upon the offer of judgment of the Defendants following entry of summary judgment by the Court. In that Order (R. 82) the Court granted judgment on Count I of the Complaint under the Telephone Consumer Protection Act leaving unresolved Count II of the Complaint under the Michigan Collection Practices Act. The parties have agreed that the amount of statutory damages to be awarded to Mr. Harris under that Order is Sixty Two Thousand, Five Hundred Dollars ($62,500.00)

      The Defendants' offer of judgment (previously filed with the Court together with the acceptance by Plaintiff of that offer at R. — ) resolves the Michigan Collection Practices Act claim in favor of the Plaintiff in the amount of Two Thousand Five Hundred Dollars ($2,500.00) plus reasonable attorney's fees and costs incurred in connection with the action, with such attorney's fees and costs to be subsequently agreed upon by the parties or determined by the Court.

      The Court enters this final judgment by agreement of the parties and this resolves the last pending claim. Judgment enters in favor of Mr. Harris in the amount of Sixty Five Thousand Dollars ($65,000). The Court directs the parties to meet and confer in an attempt to resolve the

amount of attorney's fees and costs.  In the event that the parties cannot resolve the issue by May 25, 2012, Counsel shall notify the Court and Mr. Harris may submit his motion for attorney's fees and costs by June 22, 2012.  Defendants' Response, if any, shall be filed by July 16, 2012.

SO ORDERED.


Dated:  May 14, 2012                                     s/ Sean F. Cox
                                              Sean F. Cox
                                              U. S. District Judge

Stipulated To By:


| s/ Julie A. Petrik | s/ by consent Charity Olson |
|---|---|
| Julie A. Petrik (P47131) | Charity Olson (P-68295) |
| Attorney For Plaintiff | Attorney for World Financial Network National Bank |
| Lyngklip & Associates Consumer Law Center, PLC | Olson Law Group |
| Southfield, MI 48075 | 106 E. Liberty, Suite 206 |
| (248) 208-8864 | Ann Arbor, MI  48104 |
| JuliePetrik@Att.Net | (734) 222-5179 |
| | colson@olsonlawpc.com |